# Table of Attachments — ("T.O.A")

NOTE: ATTACHMENT Page "Letters" are Identified in top right Corner. Due to Costs of postage and Copy, Some pages are Front and back.

PAGE

A) Affidavit of Defendant — Four pages (Front & Back) Explains Views of sexual abuse Clarifies Some of Pre sentence report

B) United States Code 18 USC §3621 — (From 2005 edition Federal Rules of Criminal

B-1) 18 USC § 4013; § 3584; § 4081 — Procedure; in full verbatim.)

C) Administrative Detention Order

D) Administrative Remedy with Response at Institutional level; Two pages

D-1) Administrative Remedy with Response at Regional Level; Two pages

D-2) Aministrative Remedy — Pending Response at Washington level; 3 Three pages (Front and back)

D-3) Commissary List Attached to Show Loss of Commissary by restriction (Back Page of D-2)

E) Letters of another Inmate — Six pages (front and back) Underlined Pertinent parts.

F) Incident Report, Use of force, July 13, 2006 — Four pages - Defendants written statement and

G) Imate Affidavit - Witness (Appeal of Sanctions.

H) Letter To Director and Attorney General — Ten pages (Front and back) Double spaced.

I) Policy Statement of Inmate Handbook — Five pages (Front and back)

I-1) Policy Statement — 2 pages (front and back)

J) Certificates of Achievement — Ten pages (front and back) Contains letters of recognition also.


Evidence in Support of Claims Made
In Motion For Declartory Judgement
Or Injunction of July 23, 2006
U.S. v. Brooks   C.C. No. B-99-378-001