U.S. Department of Justice    **Regional Administrative Remedy Appeal**    86832-079

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Brooks, Tim J.__  __86832-079__  __Z01-005 SHU Low__  __F.C.C. Coleman__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.    UNIT    INSTITUTION

Part A—REASON FOR APPEAL  I realize that my conviction and detainer are of the highest security. I realize I just got my first shot in 5 years for having a bag of wine in my locker. I had to do that or get beat up. I was a victim of extortion. That is why I came into the SHU. Had it not been for the B.O.P. Inmate Locater on the world wide web my charges would not have been discovered. But here it is now - I can't go onto a prison yard. Because before I step out of SHU my issue has followed me from prison to prison. I will be stabbed or beat and extorted. This is a big deal. Am I supposed to stay the next 20 years in S.H.U.? Then put me in ADX Control at Florence. My liberties, compared to general population, are being HEAvily infringed upon. I am actually suffering punishment, but committed no infraction. It is unfair. I would like to have a Management Variable. Is that not why they were put into the policy—to ensure safety and security. Just because I'm in SHU doesn't mean I'm safe at U.S.P. Level. There should be a prison designed and designated for men like me in my situation.

__3-19-06__                                               __Tim Brooks__
DATE                                                    SIGNATURE OF REQUESTER

Part B—RESPONSE



MAR 22 2006

---

DATE                                               REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                            CASE NUMBER: __405025-R1__

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

USP LVN    DATE    Previous editions not usable    SIGNATURE, RECIPIENT OF REGIONAL APPEAL    BP-230(13) APRIL 1982

Regional Administrative Remedy Appeal No: 405025-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted March 22, 2006. You request a Greater Security Management Variable and a transfer to the Maximum security level facility in Florence, Colorado.

Our review indicates the Warden adequately responded to the issue raised in your appeal. Program Statement 5100.07, Security Designation and Custody Classification Manual, states in part the intent of the Bureau of Prisons' custody classification system is to permit staff to use professional judgement within specific guidelines. Based upon our assessment of your current behavior you can be managed at your current facility, therefore, a greater security is not warranted and a Management Variable of Greater Security is not applicable in your case at this time.

Accordingly, your Regional Administrative Remedy Appeal is denied. If dissatisfied with this response, you may appeal to the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the Office of General Counsel within 30 calendar days from the date of this response.

4-6-06
Date

Regional Director, SERO